ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
Potential Attorney for Defendants Fischer, Hayman, Robinson and Sherrer

By: Susan M. Scott
    Deputy Attorney General
    (609) 633-7786
    susan.scott@dol.lps.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | | |
|---|---|---|
| JOHN D. FORDE, | : | HON. JOSEPH A. GREENAWAY, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 08-5026 (JAG) |
| v. | : | |
| SGT. FISCHER, et al. | : | |
| Defendants. | : | ORDER |

This matter having come before the Court on motion of Anne Milgram, Attorney General of New Jersey, by Susan M. Scott, Deputy Attorney General, on behalf of defendants Fischer, Hayman, Robinson and Sherrer, pursuant to Fed.R.Civ.P. 6(b)(1)(A) and the Court having considered the papers submitted herein, this matter being decided under Fed.R.Civ.P. 78 and for good cause shown;

IT IS on this 3 day of april, 2009;

ORDERED that these defendants are hereby granted leave to answer, move or otherwise reply to plaintiff's Complaint by May 1, 2009. ~~within thirty days from the date of this order.~~

Honorable Madeline C. Arleo, U.S.M.J.